**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| TRACY LAMAR CLARK, | : | CRIMINAL ACTION NO. |
| | : | 2:13-CR-00008-RWS |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [30] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motions to Suppress Evidence and Statements [16 and 17] are **DENIED**.

**SO ORDERED** this  25th  day of November, 2013.

_____
**RICHARD W. STORY**
United States District Judge